UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
AISHA ROSENFELD,                                    :
                                                    :        **24 Civ. 2658 (DEH) (GS)**
                                                    :
                    Plaintiff,                      :
                                                    :            **ORDER**
                                                    :
            - against -                             :
                                                    :
                                                    :
PUIG USA, INC., LAURIE LABESQUE,                    :
and SERGIO MASSANAS,                                :
                                                    :
                                                    :
                    Defendants.                     :
--------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        According to a report filed by a mediator associated with this District's

Mediation Program, as of July 16, 2024, a mediation had been held in this matter

"and agreement was reached on all issues." (Dkt. No. 27).  The docket further

reflects that Defendant Sergio Massanas is the only non-appearing Defendant in

this matter.  Accordingly, the appearing parties are directed to inform the Court

jointly and promptly as to whether 1) they have indeed settled this matter; and 2)

whether Plaintiff intends to prosecute this case further against Defendant

Massanas via default judgment proceedings.  Relatedly, the Initial Case

Management Conference previously set to be held on Wednesday, August 21, 2024

at 10:00 a.m. (Dkt. No. 22) is hereby adjourned *sine die*.

        **SO ORDERED.**

DATED:    New York, New York
          August 19, 2024

                                            _____
                                            GARY STEIN
                                            United States Magistrate Judge